UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| BRADLEY WARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:14-cv-30-SKL |
| WELLS FARGO HOME MORTGAGE, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

Before the Court is Defendants' motion to dismiss Plaintiff's complaint for failure to state a claim on which relief may be granted [Doc. 3]. For the reasons set forth in the accompanying memorandum, the Court **GRANTS** the motion to dismiss and **DIRECTS** the Clerk of Court to **CLOSE** the case.

SO ORDERED.

ENTER:

                                                        s/ *Susan K. Lee*
                                                        SUSAN K. LEE
                                                        UNITED STATES MAGISTRATE JUDGE

    ENTERED AS A JUDGMENT
      s/ Debra C. Poplin
      CLERK OF COURT